IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 4:14-cv-00186-D

Saul Hillel Benjamin,

    Plaintiff,

v.

Nicholas Sparks; The Epiphany School of Global Studies; Nicholas Sparks Foundation; Missy Blackerby; Tracey Lorentzen; and Ken Gray,

    Defendants.

**ORDER GRANTING MOTION TO STAY**

This matter is before the Court upon the Motion of Defendants Nicholas Sparks, The Epiphany School of Global Studies, Nicholas Sparks Foundation, Missy Blackerby, Tracey Lorentzen and Ken Gray to stay discovery, including those deadlines set out in the Court's Order for Discovery Plan of December 22, 2014 (D.E. #23) ,until the Court has ruled on Defendants' recently filed and pending Motions to Dismiss (D.E. #19 and D.E. #20). The Court, having considered Defendants' Motion and the matters of record, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion to Stay Discovery (D.E. # 28) is hereby granted.

2. The deadlines set forth in the Order for Discovery Plan (D.E. #23) are hereby vacated and suspended, pending further orders by the Court.

SO ORDERED, this the **12** day of January, 2015.

                                                    Chief Judge James C. Dever, III