UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SAUL HILLEL BENJAMIN, )<br>        Plaintiff, )<br>)<br>V. )<br>)<br>NICHOLAS SPARKS, in his official and )<br> individual capacities; THE EPIPHANY SCHOOL )<br>OF GLOBAL STUDIES; NICHOLAS )<br>SPARKS FOUNDATION; MELISSA )<br>BLACKERBY, in her official and )<br>individual capacities; TRACY LORENTZEN, in )<br>her official and individual capacities; and )<br>S. MCKINLEY GRAY III, in his official and )<br>individual capacities, )<br>        Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:14-CV-186-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court GRANTS the motion to dismiss of defendants Epiphany, Sparks in his official capacity, Lorentzen, Blackerby, and Gray [D.E. 54] and GRANTS the motion to dismiss of defendant Sparks in his individual capacity and the Foundation [D.E. 56]. The court DISMISSES claim one and claim two against Blackerby, Lorentzen, and Gray, claim five, claim twelve, claim thirteen, claim fourteen against Gray and Lorentzen, and claim sixteen. Defendants Blackerby, Lorentzen, and Gray are dismissed as defendants in this action.

SO ORDERED. This 23rd day of March, 2016.

**This Judgment Filed and Entered on March 23, 2016, and Copies To:**

| | |
|---|---|
| Douglas H. Wigdor | (via CM/ECF Notice of Electronic Filing) |
| Lawrence M. Pearson | (via CM/ECF Notice of Electronic Filing) |
| Michael J. Willemin | (via CM/ECF Notice of Electronic Filing) |
| Michelle L. Kornblit | (via CM/ECF Notice of Electronic Filing) |
| Kristen E. Finlon | (via CM/ECF Notice of Electronic Filing) |
| Danielle Nicole Godfrey | (via CM/ECF Notice of Electronic Filing) |
| Richard Leonard Pinto | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| Theresa Marie Sprain | (via CM/ECF Notice of Electronic Filing) |
| Deborah J. Bowers | (via CM/ECF Notice of Electronic Filing) |
| Hayden J. Silver, III | (via CM/ECF Notice of Electronic Filing) |
| Marina Chase Carreker | (via CM/ECF Notice of Electronic Filing) |
| Camilla Frances DeBoard | (via CM/ECF Notice of Electronic Filing) |
| Kenneth B. Rotenstreich | (via CM/ECF Notice of Electronic Filing) |

DATE:  JULIE RICHARDS JOHNSTON, CLERK
March 23, 2016  (By) /s/ Nicole Briggeman
  Deputy Clerk