FILED: April 8, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2041
(4:14-cv-00186-D)

_____

SAUL HILLEL BENJAMIN

        Plaintiff - Appellant

v.

NICHOLAS SPARKS; EPIPHANY SCHOOL OF GLOBAL STUDIES; NICHOLAS SPARKS FOUNDATION

        Defendants - Appellees

and

MISSY BLACKERBY; TRACY LORENTZEN; KEN GRAY

        Defendants

_____

M A N D A T E
_____

The judgment of this court, entered January 19, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                */s/Patricia S. Connor, Clerk*